FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

December 19, 2023

Christopher M. Wolpert
Clerk of Court

_____

NICHOLAS COX,

    Plaintiff - Appellant,

v.

JEFF ZMUDA, et al.,

    Defendants - Appellees.

No. 23-3233
(D.C. No. 5:22-CV-03154-JWB-TJJ)
(D. Kan.)

_____

## ORDER

_____

This matter is before the court on the court's own initiative upon review of the district court docket. Upon review, the court notes that on December 15, 2023, appellant Nicholas Cox filed—in the district court—a document entitled *Notice of Voluntary Dismissal*. [ECF No. 80]. In that document, Mr. Cox indicated that he wishes to voluntarily dismiss both the district court case and the "subsequent appeal."

This court cannot dismiss Mr. Cox's appeal—appeal no. 23-3233—on the basis of the *Notice of Voluntary Dismissal* filed in the district court. However, if Mr. Cox wants to voluntarily dismiss this appeal, he may. To dismiss this appeal, he must file a motion—in this court—asking this court to dismiss this appeal under Federal Rule of Appellate Procedure 42(b)(2). Any motion to voluntarily dismiss must ask this court to dismiss this appeal and for no other relief.

For now, Mr. Cox's opening brief remains due on January 22, 2024. Likewise, Mr. Cox must either pay the $505 appellate filing and docketing fee (in the district court) on or before January 22, 2024, or file—in this court—a motion for leave to proceed on appeal without prepayment of the $505 fee. Should Mr. Cox fail to file his opening brief or fail to either pay the fee or file an *ifp* motion, the court may dismiss this appeal without any additional notice. *See* 10th Cir. R. 3.3(B); 42.1.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk