FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**January 29, 2024**

**Christopher M. Wolpert**  
**Clerk of Court**

---

NICHOLAS COX,

    Plaintiff - Appellant,

v.

JEFF ZMUDA; JEFF BUTLER; TOMMY WILLIAMS,

    Defendants - Appellees.

No. 23-3233  
(D.C. No. 5:22-CV-03154-JWB-TJJ)  
(D. Kan.)

---

**ORDER**

---

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk